ELIAS PHILLIPS, Respondent, v. HATTIE REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Sherman, J., dissents.

TILLIE JACOBSON, as Administratrix, etc., of MORRIS JACOBSON, Deceased, Respondent, v. SOL COHEN and ESPICO REALTY CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

HENRY E. URSTADT, Appellant, v. RONALD K. BROWN, as Surviving Trustee, etc., of L. IDA A. BEDELL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

RAPID TRANSIT SUBWAY CONSTRUCTION COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment modified so as to increase the verdict by the sum of $119.65, so that the judgment will be in the sum of $85,276.23, and as so modified affirmed, with costs to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [129 Misc. 714.]

In the Matter of the Application of JOHN O. NELSON, Appellant, v. WILLIAM SCHROEDER, JR., and EDWARD F. CADLEY, Commissioners of Department of Hospitals, Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to respondents. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DAVID MOSHITSKY, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant, Impleaded with Others.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is contrary to the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

EZEKIEL SARASOHN and ISADORE FOX, as Surviving Partners, etc., Respondents, v. ATLANTIC HIGHLANDS GARDENS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

VITO LAULETTA, Respondent, v. GARLAND AUTOMOBILE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH FERRO, an Infant, etc., by His Guardian ad Litem, FRED FERRO, Appellant, v. LEOPOLD SINSHEIMER ESTATE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley, J., dissents.

HUDSON TRUST COMPANY, as Ancillary Administrator, etc., of CHARLES H.